RUTH STORCH et al., Respondents, v. HIGH GRADE LAND CORP., Appellant.— In an action to recover damages for personal injuries and loss of services, order granting plaintiffs' motion for leave to serve and file a demand for a jury trial *nunc pro tunc*, affirmed, with $10 costs and disbursements. No opinion. Lewis, P. J., Johnston, Adel, Sneed and Wenzel, JJ., concur.

## (May 10, 1948.)

RAFFAELA AMMIRATI, Appellant, v. WIRE FORMS, INC., et al., Respondents, et al., Defendants.— Judgment reversed on the law and the facts, with costs, defendants' motion for judgment dismissing the complaint denied, and plaintiff's motion for judgment as prayed for in the complaint granted, with costs, to the extent of declaring that plaintiff has an easement or right of way for driveway purposes over the strip of land eight-feet wide immediately adjoining on the south side of plaintiff's premises. The case of *Buffalo Acad. of Sacred Heart* v. *Boehm Bros.* (267 N. Y. 242) is inapplicable. It deals only with a covenant imposing building restrictions upon the use to which the property may be put. Such restrictions are not analogous to an easement. That case, therefore, must be confined to its own facts. Moreover, an examination of the title of defendant Wire Forms, Inc., would have disclosed, in the deed of Rebecca Dasheff to the L. R. S. Building Corporation, the creation of the easement in question. The existence upon the record of this deed containing the easement must be regarded as constructive notice to defendant Wire Forms, Inc. Findings of fact and conclusions of law inconsistent herewith are reversed and new findings and conclusions will be made. Lewis, P. J., Johnston, Adel and Sneed, JJ., concur; Wenzel, J., concurs on the ground first stated. Settle order on notice.

HELEN ARNOLD, Respondent, v. MAX ARNOLD, Appellant.— In an action for divorce, resettled order dated September 11, 1947, granting respondent's motion for temporary alimony and counsel fees, and denying appellant's cross motion to dismiss the complaint for insufficiency or, in the alternative, to require respondent to serve an amended complaint separately stating and numbering causes of action, insofar as appealed from, affirmed, with $10 costs and disbursements. No opinion. Appeal from original order dated August 9, 1947, dismissed, without costs. Lewis, P. J., Johnston, Adel, Sneed and Wenzel, JJ., concur.

MIRIAM BRUNSWICK, Appellant, v. BENJAMIN STONE et al., Respondents.— In an action for an accounting of the rents and profits of real property, judgment entered in favor of defendants, after trial by the court without a jury, unanimously affirmed, without costs. No opinion. Present — Lewis, P. J., Johnston, Adel and Wenzel, JJ.; Sneed, J., not voting.

ANTONIO CANNELLA, Respondent, v. EMELIA CANNELLA et al., Appellants.— Order denying defendants' motion to dismiss the amended complaint on the ground that the cause of action did not accrue within the time limited by law for the commencement of an action thereon, affirmed, with $10 costs and disbursements. Appellants' time to answer is extended until ten days from the entry of the order hereon. No opinion. Lewis, P. J., Johnston, Adel, Sneed and Wenzel, JJ., concur.